IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BRENDA JOHNSON | § § § | |
| | § | CIVIL NO. 2:17-cv-116 |
| VS. | § § § | |
| | § | |
| CITY OF TYLER, TEXAS | § | |

### ORDER GRANTING PLAINTIFF BRENDA JOHNSON'S MOTION TO TRANSFER VENUE

On this the _____ day of _____, 2017, came on for consideration Plaintiff's Motion to Transfer Venue in the above-styled and numbered cause. The Court, after considering said Motion, announced that it was of the opinion that said Motion should be granted.

It is, therefore, ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Transfer Venue is hereby in all things GRANTED.